UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY B. LEE, JR.,

                        Petitioner,

      - vs -                           5:09-CV-1421

UNITED STATES OF AMERICA,

                        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                       OF COUNSEL:

GREGORY B. LEE, JR.
13817-052
Petitioner, Pro Se
Fort Dix Federal Correctional Institution
Inmate Mail/Parcels
East: PO Box 2000
Fort Dix, NJ 08640

HON. RICHARD S. HARTUNIAN       THOMAS A. CAPEZZA, ESQ.
United States Attorney             Assistant U.S. Attorney
  for the Northern District of New York
445 Broadway
218 James T. Foley U.S. Courthouse
Albany, NY 12207

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Gregory B. Lee, Jr., the named petitioner, brought this action in December 2009, for

the return of certain property.  By Report-Recommendation dated August 13, 2010, the

Honorable George H. Lowe, United States Magistrate Judge, recommended that petitioner's

motion for return of property be denied; and further recommended that the Clerk of the Court

close the file in this matter.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file, and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in all respects.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Petitioner's motion for return of property is DENIED; and

2.  The Clerk of the Court is directed to close the file in this matter.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   September   24 , 2010
         Utica, New York.